**Opinion issued November 15, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00965-CV

———————————

## IN RE TVMAX HOLDINGS, INC., Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

By petition for writ of mandamus, relator TVMAX Holdings, Inc. challenges the trial court's order of September 23, 2013 denying a Verified Motion to Abate Pending Administrative Hearing.[1]

---

[1] The underlying case is *Spring Independent School District, et al v. TVMAX Holdings, Inc.*, No. 2011-53254, in the 270th District Court of Harris County, Texas, the Honorable Brent Gamble presiding.

We **deny** relator's petition for writ of mandamus.  All outstanding motions are **dismissed as moot**.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Huddle.